UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OWNERS ASSOCIATION OF LONGFELLOW RUN CONDOMINIUM,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM FIRE & CASUALTY COMPANY, *et al.*,<br><br>Defendants. | Case No. 2:19-CV-409-RSL |
| OWNERS ASSOCIATION OF LONGFELLOW RUN CONDOMINIUM,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, *et al.*,<br><br>Defendants. | Case No. 2:19-CV-866-RSL<br><br>ORDER CONSOLIDATING CASES |

It is hereby ORDERED that Case No. 2:19-CV-409 and Case No 2:19-CV-866 are consolidated for all purposes.

It is FURTHER ORDERED that plaintiff shall, on or before November 1, 2019, file an amended complaint that consolidates the allegations of Case No. 2:19-CV-409 and Case No. 2:19-CV-866.

ORDER CONSOLIDATING CASES - 1

It is FURTHER ORDERED that the dates set out in the Minute Order Setting Trial Date and Related Dates, Dkt. #11 in *Owners Association of Longfellow Run Condominium v. State Farm Fire & Casualty Company, et al.*, No. 2:19-CV-409, shall govern this lawsuit.

The Clerk of Court is directed to close Case No. 2:19-CV-866. All future filings in these consolidated cases shall be under *Owners Association of Longfellow Run Condominium v. State Farm Fire & Casualty Company, et al.*, Case No. 2:19-CV-409.

DATED this 11th day of October, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER CONSOLIDATING CASES - 2